GOODWIN | PROCTER

Kevin P. Martin
617.570.1186
kmartin@
goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

August 21, 2013

**BY CM/ECF**

The Honorable Timothy S. Hillman
U.S. District Court
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA  01608

RE:     *Thayer et al. v. City of Worcester*, Civil Action No. 4:13-cv-40057-TSH

Dear Judge Hillman,

I am writing to follow up on my letter to you dated June 11, 2013, concerning the possibility of settlement discussions that was raised near the conclusion of the June 10, 2013 hearing on Plaintiffs' Motion for Preliminary Injunction.  While the parties attempted in good faith to negotiate a resolution of this matter, they were unable to reach an agreement.  At this point, settlement discussions have ceased.  Accordingly, to the extent that the Court may have been awaiting a report from the parties concerning settlement before ruling on the preliminary injunction motion, Plaintiffs respectfully request that the Court rule on the pending Motion.

Thank you in advance for your consideration.

Sincerely,

/s/ Kevin P. Martin

Kevin P. Martin


cc:     David M. Moore
        Wendy L. Quinn
        Yvonne W. Chan
        Matthew R. Segal
        Sarah R. Wunsch

The Honorable Timothy S. Hillman
August 21, 2013
Page 2

## **CERTIFICATE OF SERVICE**

     I, Kevin P. Martin, hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 21, 2013.

                                      /s/ Kevin P. Martin