UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Thayer er al.,
            Plaintiffs,

    v.                                   CIVIL ACTION NO. 13-40057-TSH

City of Worcester,
            Defendant,

## JUDGMENT IN A CIVIL CASE

HILLMAN, D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came before the Court.  The issues have been tried and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED: in accordance with the Court's Memorandum of Decision and Order, dated 11/9/15, that judgment be entered in favor of the plaintiffs.**

                                                  ROBERT FARRELL, CLERK

Dated:  11/9/15                                /S/ Martin Castles
                                                  ( By )  Deputy Clerk